DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

GLENDA UNGER,

Appellant,

V.

CITY OF CLEARWATER, A MUNICIPAL CORPORATION,

Appellee.

NO. 2D22-4170

————————————————

November 8, 2023

Appeal from the Circuit Court for Pasco County; Thomas M. Ramsberger, Judge.

Blake J. Fredrickson of Cremeens Law Group, PLLC, Tampa, for Appellant.

Matthew D. Weidner of Weidner Law, P.A. Saint Petersburg, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.